UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AL LAJOHN ROSS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-8061** |
| **EDDIE FANNIN** | **SECTION: "H"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 8th day of March, 2017.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**